IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:                                Case No: 17-31491-DHW

LC Grace                               Chapter: 13
SSN: xxx-xx-2166
Fannie Grace
SSN: xxx-xx-1107

**Debtors**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

Comes now and requests all to take note, **WELLS FARGO BANK, N.A.**, a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Sirote & Permutt, P.C., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on **WELLS FARGO BANK, N.A.**, by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

                                                 /s/ Stephen Bulgarella
                                                 Stephen Bulgarella (BUL-021)
                                                 Enslen Crowe (CRO-098)
                                                 Diane C. Murray (MUR-048)
                                                 Donald M. Wright (WRI-021)
                                                 Attorney for Creditor

OF COUNSEL:

Stephen Bulgarella
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-918-5083 / Fax: 205-212-2874
sbulgarella@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of July, 2017, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

Richard D Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

/s/ Stephen Bulgarella
OF COUNSEL