# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>LC GRACE<br>SSAN: XXX-XX-2166<br><br>FANNIE GRACE<br>SSAN: XXX-XX-1107<br><br>Debtor(s) | Case No. 17-31491-DHW<br>Chapter 13 |

## AMENDED
## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 25, 2017.

2. The debtor(s) §341 Meeting of Creditors was held June 28, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The plan is not feasible and payments need to be raised to $354.00 per month to be feasible.

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

>Creditor: WELLS FARGO BANK NA
>Court Claim Number: 14
>Claim Amount: $6,889.56
>Claim Filed As: SECURED

(**X**) The specified payment for the claim of Peritus Portfolio Services is insuffucient to pay the claim in five years.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this August 21, 2017.

Sabrina L. McKinney
                                    Chapter 13 Standing Trustee

                            By: /s/*Audrey L. Willis*
                            _____
                                Audrey L. Willis
                                Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this August 21, 2017.

Copy to: DEBTOR(S)                   /s/*Audrey L. Willis*
         RICHARD D SHINBAUM      _____
                                                         Audrey L. Willis
                                                         Staff Attorney